IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

STEPHEN W. CALLOWAY            PLAINTIFF

v.            CAUSE NO. 1:15-CV-175-NBB-RP

CHICKASAW COUNTY, MISSISSIPPI and
BARRY GLADNEY            DEFENDANTS

### JUDGMENT DISMISSING ACTION
### BY REASON OF SETTLEMENT

The court has been informed by counsel that this case has been settled or is in the process of being settled. It is therefore not necessary that the case remain upon the calendar of the court.

**IT IS THEREFORE ORDERED** that the above styled and numbered case is **DISMISSED without prejudice.** The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**THIS,** the 18th day of January, 2017.

           /s/ Neal Biggers
           **NEAL B. BIGGERS, JR.**
           **UNITED STATES DISTRICT JUDGE**